UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| AZAEL DYTHIAN PERALES,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>              Defendants. | 6:12-cv-00520-TC<br><br>ORDER AND<br>FINDINGS AND RECOMMENDATION |

COFFIN, Magistrate Judge:

    The Postal Service returned an envelope addressed to the plaintiff at his last known address. Plaintiff has failed to keep the court informed of his current address.

    Pursuant to Local Rule 83-10, a party not represented by counsel has a "continuing duty to notify, the clerk's office whenever they change their mailing address or telephone number." When mail from the court to a party cannot be delivered due to the lack of a current address, and the failure continues for sixty (60) days, the court may dismiss the action. Local Rule 83.12.

    Accordingly, it is ordered that plaintiff shall file a notice of change of address within sixty (60) days of the date of this order or show cause why this action should not be dismissed for failure

ORDER AND FINDINGS AND RECOMMENDATION                  PAGE 1

to prosecute. Petitioner is advised that failure to file a change of address or show cause as directed herein will result in the dismissal of this proceeding for lack of prosecution.

If the plaintiff fails to file a timely notice of change of address, this action should be dismissed for want of prosecution.

DATED this 17 day of April 2012.

THOMAS M. COFFIN
United States Magistrate Judge

ORDER AND FINDINGS AND RECOMMENDATION                                    PAGE 2