IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AZAEL DYTHIAN PERALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 6: 12-cv-0520-TC |
| v. | ) |
| | ) ORDER |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on April 17, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's complaint is dismissed for want of prosecution. The clerk of court will enter judgment accordingly.

DATED this 10th day of July, 2012.

_____
United States District Judge

2    - ORDER